JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUADALUPE POLICE OFFICER'S ASSOCIATION, | Case No.: CV 10-8061 GAF (FFMx) |
| | *Honorable Gary A. Fees* |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER RE JOINT NOTICE OF SETTLEMENT |
| CITY OF GUADULUPE, a municipal corporation; GUADULUPE POLICE DEPARTMENT, an agency; GEORGE MITCHELL, individually and in his official capacity; and DOES 1 THROUGH 10 inclusive, | |
| Defendants. | |

GOOD CAUSE appearing, it is so ordered. The Court removes this case from its active case list and vacates all scheduled court dates, including the Settlement Conference on May 31, 2012, with the Honorable Magistrate Judge Frederick F. Mumm.

IT IS SO ORDERED.

Date: May 22, 2012

*/s/ Gary Fees*

HON. GARY A. FEES
United States District Court Judge